Chief District Judge Ricardo S. Martinez
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MRUGESHKUMAR RAMANIAL PATEL,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

NO. 2:20-cv-00474-RSM-BAT

Stipulated Motion to Dismiss Habeas Petition and Lift Order Staying Removal

Note on Motion Calendar:
April 27, 2020

Petitioner Mrugeshkumar Ramanial Patel (Mr. Patel) and Respondents stipulate and move to dismiss Mr. Patel's habeas petition and lift the stay of removal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 10(g), without fees or costs.  Mr. Patel's habeas petition sought review of the procedures that led to U.S. Citizenship and Immigration Services' (USCIS) determination (and an immigration judge's affirmation of the determination) that he lacked a credible fear of persecution if he returned to India.  Dkt. no. 1.  He also sought and obtained an order temporarily staying his removal.  Dkt. nos. 2 & 3.  USCIS has since placed Mr. Patel in full removal proceedings.  As such, he is

STIPULATED MOTION TO DISMISS AND LIFT ORDER STAYING REMOVAL - 1
(2:20-cv-00474-RSM-BAT)

LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA 98524
509-424-8697

no longer subject to an order of removal and the Court's order staying removal should be lifted. Accordingly, the parties stipulate as follows:

1. Mr. Patel's habeas petition is dismissed without prejudice;

2. This Court's temporary stay of Mr. Patel's removal [dkt. no. 3] is lifted; and

3. All parties shall bear their own attorney fees and costs.

DATED this 27th day of April 2020.

s/ *Jennifer Lesmez*
JENNIFER LESMEZ, WSBA #34537
Law Offices of Jennifer Lesmez
P.O. Box 1797
Allyn, WA 98524
Phone: 509-424-8697
Fax: 253-295-4612
Attorney for Petitioner

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4067
Email:  kyle.forsyth@usdoj.gov

IT IS SO ORDERED.

ENTERED this 28th day of April 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS AND LIFT ORDER STAYING REMOVAL - 2
(2:20-cv-00474-RSM-BAT)

LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA 98524
509-424-8697